**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**JENNIFER HOLTZ**                                                                          **PLAINTIFF**

**v.**                                    **Case No. 4:24-cv-00511-LPR**

**BOARD OF TRUSTEES OF THE
UNIVERSITY OF ARKANSAS;
ANN BAIN, in her official capacity; and
THOMAS CLIFTON, in his official capacity**                          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered today and previous Orders in this case, it is CONSIDERED,

ORDERED, and ADJUDGED that all Plaintiff's claims are dismissed with prejudice.

IT IS SO ADJUDGED this 30th day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE